UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 2, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00025-TLN |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| CAMERON POPE | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CAMERON POPE</u> Case No. <u>2:19-cr-00038-KJM</u> Charges <u>18 USC § 1349</u> from custody for the following reasons:

    \_\_\_\_\_   Release on Personal Recognizance

    \_\_\_\_\_   Bail Posted in the Sum of $ _____

          \_\_\_\_\_   Unsecured Appearance Bond $ _____

          \_\_\_\_\_   Appearance Bond with 10% Deposit

          \_\_\_\_\_   Appearance Bond with Surety

          \_\_\_\_\_   Corporate Surety Bail Bond

          __X__   (Other): <u>Defendant released from USM custody to drug treatment program, Westcare .</u>

Issued at Sacramento, California on April 2, 2024 at 2:00 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney