HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CAMERON POPE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CAMERON POPE, <br><br> Defendant. | Case No: 2:24-CR-00025-TLN <br><br> UNOPPOSED MOTION TO REVOKE RELEASE ORDER <br><br> Magistrate Judge Carolyn K. Delaney |

On April 2, 2024, this Court ordered Mr. Pope released from federal custody, with the hope that Placer County would pick him up on its warrant and then release him so that Mr. Pope could attend court-mandated in-patient drug treatment. (Doc. 12.) The Order was issued. (Doc. 15.) Shortly after the issuance of that release Order, Defense counsel was notified by Mr. Pope's counsel in the Placer County case that he believes it will not be possible for Mr. Pope to be released to treatment in that case. This would mean that Mr. Pope would sit in Placer County custody and not be available for the resolution of this federal case until done with his state case and any resulting commitments. This was not the intent of the parties, Pretrial, or the Court.

//

//

Accordingly, the Defense requests that the Court revoke the previously-issued release order and remand Mr. Pope to the custody of the Marshals.

Date: April 2, 2024

                      HEATHER E. WILLIAMS
                      Federal Defender

                      /s/ Rachelle Barbour
                      RACHELLE BARBOUR
                      Attorney for Defendant
                      CAMERON POPE

O R D E R

The Court, having received and considered the Motion, hereby REVOKES the release order at Document 15 and remands Mr. Pope into the custody of the marshals.

Dated: April 2, 2024

                      CAROLYN K. DELANEY
                      UNITED STATES MAGISTRATE JUDGE